# EXHIBIT A

SUM-100

# SUMMONS
## (CITACIÓN JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ELECTRONICALLY FILED**
Superior Court of California,
County of Placer
01/05/2026 at 01:19:53 PM
By: Stephen E Pegg
Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; and DOES 1-50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
THOMAS CANNON, an individual, and SANDRA CANNON, an individual

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Hon. Howard G. Gibson Courthouse
10820 Justice Center Drive, Roseville, CA 95678

**CASE NUMBER:**
*(Número del Caso):*
S-CV-0058694

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Dennis B. Hill D.B. Hill, A Professional Law Corporation    605 Lincoln Blvd. Ste. 200, Lincoln, CA 95648    916-434-2553

| DATE: *(Fecha)* | Monday, January 5, 2026 | Clerk, by *(Secretario)* | Stephen E Pegg | Deputy *(Adjunto)* |
|---|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* AMAZON.COM SERVICES LLC, a Delaware limited liability company
under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☒ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

ELECTRONICALLY FILED
Superior Court of California,
County of Placer
11/20/2025 at 09:31:24 AM
By: Santiago Galvan
Deputy Clerk

Dennis B. Hill, SBN 218131
D.B. HILL, A PROFESSIONAL LAW CORPORATION
605 Lincoln Blvd., Suite 200
Lincoln, California 95648
Dennis@DbhillLaw.com
Telephone: (916) 434-2553
Facsimile: (916) 434-2560

Attorneys for Plaintiffs THOMAS CANNON
AND SANDRA CANNON

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF PLACER

| | |
|---|---|
| THOMAS CANNON, an individual, and SANDRA CANNON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON.COM, INC., a Delaware corporation; and DOES 1-50,<br><br>Defendants. | CASE NO.:S-CV-0056694<br><br>**COMPLAINT FOR:**<br><br>1. **STRICT PRODUCTS LIABILITY - MANUFACTURING DEFECT**<br>2. **STRICT PRODUCTS LIABILITY -DESIGN DEFECT**<br>3. **STRICT PRODUCTS LIABILITY – FAILURE TO WARN**<br>4. **NEGLIGENCE**<br>5. **BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**<br>6. **LOSS OF CONSORTIUM**<br><br>**Demand for Jury Trial** |

1

COMPLAINT

## I.    PARTIES

1.    Plaintiff THOMAS CANNON ("Mr. Cannon") is, and at all relevant times was, an individual residing in the State of California. He is 82 years old and a retired parole officer for the State of California.

2.    Plaintiff SANDRA CANNON ("Mrs. Cannon") is, and at all relevant times was, an individual residing in the State of California, and is the spouse of Plaintiff Thomas Cannon.

3.    Plaintiff is informed and believes, and thereon alleges, that Foshanshi Nanhairuilin Lvzhipin Youxiangongsi (hereinafter "FNLY") is a Chinese business entity of unknown form, and at all relevant times was engaged in the business of designing, manufacturing, assembling, labeling, marketing, distributing, and/or selling mobility-assist devices, including the subject WALK MATE Rollator Walker for Seniors with cup holder, upgraded thumb press button for height adjustment, 4x8" wheels, padded seat and backrest, folding lightweight walking aid (the "Subject Walker"), offered for sale on Amazon under ASIN B0B5LMZHPY. Upon information and belief, FNLY is not registered to do business in California.

4.    Plaintiff is informed and believes, and thereon alleges, that Defendants AMAZON.COM SERVICES LLC and/or AMAZON.COM, INC. (collectively, "Amazon") are, and at all relevant times were, doing business in the State of California, including Placer County, by operating the Amazon online marketplace through which the Subject Walker was offered, sold, distributed, and delivered to California consumers, including Plaintiffs.

5.    The true names and capacities of Defendants sued herein as DOES 1 through 50, inclusive, whether individual, corporate, associate, or otherwise, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe, and thereon allege, that each of the fictitiously named Defendants was in some manner legally responsible for the events and happenings referred to herein, and for Plaintiffs' damages.

6.    Plaintiffs are informed and believe, and thereon allege, that at all times mentioned, each Defendant was the agent, servant, employee, partner, joint venturer, representative, successor, alter ego, and/or co-conspirator of each of the remaining Defendants, and was acting within the

2
COMPLAINT

course and scope of said relationship, and that each Defendant ratified, approved, and authorized the acts of each of the other Defendants.

## II.    JURISDICTION AND VENUE

7.    This Court has jurisdiction over this action because the incident giving rise to this Complaint occurred in Lincoln, County of Placer, State of California, and Defendants do business in California.

8.    Venue is proper in this Court pursuant to Code of Civil Procedure §§ 395, 395.5 because the injury occurred in this county, Plaintiffs reside in this county, and Defendants transact business in this county through the sale and distribution of the Subject Walker to California consumers via the Amazon platform.

## III.    GENERAL ALLEGATIONS

9.    On or about November 15, 2023, Plaintiff Sandra Cannon purchased through the Amazon online marketplace a product described as "WALK MATE Rollator Walker for Seniors with Cup Holder, Upgraded Thumb Press Button for Height Adjustment, 4x8" wheels, walker with seat padded backrest folding lightweight walking aid," sold on the platform by "Walk Mate," associated with Amazon order no. 113-1253050-0988227 (the "Subject Walker").

10.    The Subject Walker was represented and marketed as a safe mobility-assist device for seniors and was intended for ordinary walking/ambulation on normal outdoor surfaces, as well as a seat with a backrest.

11.    Plaintiffs are informed and believe, and thereon allege, that the Subject Walker was designed, manufactured, assembled, tested, labeled, distributed, and/or placed into the stream of commerce by Amazon, and reached Plaintiffs without substantial change in the condition in which it was manufactured, distributed and sold.

12.    On August 12, 2025, Plaintiff Thomas Cannon was using the Subject Walker in a park in Lincoln, California, in the presence of his wife, Sandra, and friends. He was using the device in a normal, intended, and foreseeable manner—sitting on the padded seat—when a structural component of the Subject Walker – the backrest –  suddenly failed and/or broke, causing Mr.

Cannon to fall backwards and strike the back of his head on a concrete walkway; Mr. Cannon's injuries are significant.

13. As a direct result of the failure of the Subject Walker, EMS was called, and Mr. Cannon was transported by ambulance to Sutter Roseville Medical Center, where he was diagnosed with a concussion, head laceration, and compression fractures of the L1 vertebra. Subsequent neurological evaluation has documented ongoing cognitive, memory, and attentional deficits, persistent head tenderness, back and shoulder pain, and gait impairment attributable to the fall.

14. At the time of the incident, Mr. Cannon was 82 years old, medically vulnerable, and exactly within the class of users for whom the Subject Walker was marketed and intended. Defendants knew or should have known that sudden structural failure of a mobility device used by an elderly person on a hard surface creates a high risk of serious head, spine, and neurological injury.

15. Plaintiffs are informed and believe, and thereon allege, that the Subject Walker was defective and unsafe for its intended use because, among other things: (a) the backrest strap lacked adequate strength and integrity; (b) the product had a defective design in that the backrest strap was not designed to be strong enough for its intended use, (c) the product did not contain adequate warnings or instructions as to its limitations, inspection requirements, or risks of sudden failure; and/or (d) the product failed during ordinary, foreseeable use, and did not work as safely as an ordinary user would expect it to.

16. Plaintiffs are currently unaware of the exact corporate identity and location of "Walk Mate" as the seller/manufacturer featured on the Amazon listing, and will seek this information from Amazon and other sources in discovery. Plaintiffs therefore sue Does 1–50, inclusive, and will amend this pleading when the true names and capacities are ascertained.

17. As a direct and legal result of Defendants' conduct and the defective condition of the Subject Walker, Plaintiff Thomas Cannon has incurred, and will continue to incur, medical and related expenses; has suffered physical pain, cognitive and neurological symptoms, emotional distress, and loss of enjoyment of life; and has experienced diminished mobility requiring ongoing care.

COMPLAINT

18.    As a further direct and legal result, Plaintiff **Sandra Cannon** has suffered loss of the love, companionship, comfort, care, assistance, society, moral support, and services of her husband, and will continue to suffer such losses in the future.

## FIRST CAUSE OF ACTION
### Strict Products Liability – Manufacturing Defect
(Against all Defendants)

19.    Plaintiff incorporates all allegations of this Complaint and re-alleges them as though they were fully set forth herein.

20.    Defendants designed, manufactured, assembled, inspected, distributed, marketed, and/or sold the Subject Walker.

21.    The Subject Walker contained a manufacturing defect in that it departed from Defendants' intended design and/or from other units in the same product line and was more dangerous than an ordinary consumer would expect when used in an intended or reasonably foreseeable manner.

22.    Mr. Cannon used the Subject Walker in a reasonably foreseeable and intended way.

23.    The manufacturing defect was a substantial factor in causing Plaintiffs' injuries and damages.

## SECOND CAUSE OF ACTION
### Strict Products Liability – Design Defect
(Against all Defendants)

24.    Plaintiff incorporates all allegations of this Complaint and re-alleges them as though they were fully set forth herein.

25.    The Subject Walker was defectively designed under the consumer-expectation test and/or risk-benefit test because an ordinary consumer—particularly an elderly consumer for whom the product is marketed—would not expect the Subject Walker to fail or collapse during normal use, and because the risks of the design outweigh its benefits.

26.    Feasible alternative designs or safer configurations existed, including but not limited to stronger back bracing associated with sitting on the Subject Walker.

5
COMPLAINT

27. The design defect was a substantial factor in causing Plaintiffs' injuries and damages.

### THIRD CAUSE OF ACTION
### Strict Products Liability – Failure to Warn
### (Against all Defendants)

28. Plaintiff incorporates all allegations of this Complaint and re-alleges them as though they were fully set forth herein.

29. Defendants failed to adequately warn or instruct foreseeable elderly users and their caregivers that the Subject Walker could suddenly fail as alleged herein, and/or failed to provide adequate instructions on inspection, maintenance, or limitations on use.

30. Had adequate warnings been provided, Plaintiffs would have acted to avoid the harm.

31. The failure to warn was a substantial factor in causing Plaintiffs' injuries and damages.

### FOURTH CAUSE OF ACTION
### Negligence/ Negligent Products Liability
### (Against all Defendants)

32. Plaintiff incorporates all allegations of this Complaint and re-alleges them as though they were fully set forth herein.

33. Defendants owed Plaintiffs a duty to exercise reasonable care in designing, manufacturing, inspecting, testing, labeling, marketing, distributing, and selling the Subject Walker, and in ensuring that products sold to elderly California consumers through the Amazon platform were safe for their intended use.

34. Defendants breached that duty by, among other things, placing into the stream of commerce a rollator walker that would fail during normal use; failing to conduct adequate quality-control and strength testing; failing to warn of the risk of sudden collapse; and failing to provide adequate post-sale information.

35. Defendants' negligence was a substantial factor in causing Plaintiffs' injuries and damages.

## FOURTH CAUSE OF ACTION
### Breach of Implied and/or Express Warranties
(Against all Defendants)

36. Plaintiff incorporates all allegations of this Complaint and re-alleges them as though they were fully set forth herein.

37. Defendants were merchants with respect to goods of this kind and impliedly and/or expressly warranted that the Subject Walker was of merchantable quality and fit for the ordinary purposes for which such goods are used, namely, safe ambulation and sitting by an elderly user.

38. At the time of sale on or about November 15, 2023, the Subject Walker was not of merchantable quality and was not fit for its ordinary purpose, because it failed and caused severe injury during ordinary, foreseeable use.

39. Plaintiffs were injured as a direct and proximate result of Defendants' breach of implied warranty.

## SIXTH CAUSE OF ACTION
### Loss of Consortium
(Against all Defendants)

40. Plaintiff Sandra Cannon realleges and incorporates by reference paragraphs 1 through 39.

41. At all relevant times, Sandra Cannon was lawfully married to Thomas Cannon.

42. As a direct and legal result of the injuries caused by Defendants' defective product and conduct, Sandra Cannon has been deprived, and will continue to be deprived, of the consortium of her husband, including his love, companionship, comfort, care, assistance, protection, affection, and society, all to her general damage.

7

COMPLAINT

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, as follows:

1. For general damages according to proof;

2. For special damages, including past and future medical expenses, according to proof;

3. For damages for loss of consortium (as to Plaintiff Sandra Cannon);

4. For prejudgment interest as permitted by law;

5. For costs of suit herein incurred; and

6. For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues so triable.

DATED: November ___, 2025                                  Respectfully submitted,

                                                 D.B. HILL, A PROFESSIONAL LAW CORP.

                                                 By _____
                                                 Dennis B. Hill; Attorney for Plaintiffs
                                                 THOMAS CANNON AND
                                                 SANDRA CANNON

8

COMPLAINT